# EXHIBIT A

| | | |
|---|---|---|
| **MVI_0001** | Sevilla's Cell Phone- Facebook Messenger with Mora<br><br>August 15th 2019 at 10:36AM | |
| SEVILLA: | [Audio Clip] Ua, así estamos entonces, primo. Pues, ahí me tiras ya cuanto te cruces a ver qué rollo. | [Audio Clip] All right, then, cousin. Well, hit me up when you cross to see what's up. |
| **MVI_0008** | Mora's Cell Phone- Facebook Messenger with SEVILLA<br><br>August 15th 2019 at 10:36 AM | |
| MORA: | Ua *cuz*. | All right, cuz. [Same as Sevilla] |
| SEVILLA: | Ua | All right then. [Same as Sevilla] |
| **MVI_0002** | MORA's Cell Phone- WhatsApp with Sevilla<br><br>August 22nd 2019 at 7:03 PM | |
| SEVILLA: | [Audio clip] *¿Qué onda, primo?* Hey, *güey me quieres—¿*you wanna *meet* me *en Marana, güey? Con la feria*. So we'll pick it up. 'Cause I ain't trying to drive all the way over there. I'd rather meet you in Marana or some shit. But uh, I'm still over here at the barber shop from getting a haircut right now. Gotta get home shower then, eat and head over there. If you wanna meet me. | [Audio clip] What's up, cousin? Hey, dude do you want to—you wanna meet me in Marana, dude? With the money. So we'll pick it up. 'Cause I ain't trying to drive all the way over there. I'd rather meet you in Marana or some shit. But uh, I'm still over here at the barber shop from getting a haircut right now. Gotta get home shower then, eat and head over there. If you wanna meet me. |
| | August 22nd 2019 at 7:06 PM | |

| | | |
|---|---|---|
| MORA: | [Audio clip] Todo bien, primo. Simón. Simón. Ahí nos miramos en el Red Rock. Sí. Pues, nada güey. Mejor. Ua. | [Audio clip] It's all good, cousin. Yes. Yes. We'll meet in Red Rock. Yes. Well, that's it, dude. It's better. All right. |
| | August 22nd 2019 at 7:08 PM | |
| SEVILLA: | [Audio clip] Sí. Está major así, güey. Así pa' no manejar hasta allá y no— *just meet you halfway or some shit, you know?* Pero sí, güey. Aquí no más voy a terminar lo que voy a hacer y luego ir para allá. *Maybe in an hour and half, two hours* a ver qué rollo. *You know? As long as I get it over here by tonight, you know?* Todo bien, you know? | [Audio clip] Yes. It's better like that, dude. That way we avoid driving all the way over there and not— just meet you halfway or some shit, you know? But yes, dude. Here, I am just going to finish what I am going to do and then, I'll head over there. Maybe in an hour and half, two hours to see what's up. You know? As long as I get it over here by tonight, you know? It's all good, you know? |
| MORA: | [Audio clip] Ua, primo. Ua, simón. Sí, güey. Es que me atrasé, güey. Pero sí fue una atrasona madre, güey. *I couldn't communicate* ni nada, güey. Pero todo bien. Simón, güey. [Carraspea] Ya agarré un *little phone* aquí un, un Cricket. *I had to get a new plan. Fifty-five a month,* no hay pedo. Y pues, tengo el otro *phone* pues, ya traigo *two phones.* | [Audio clip] All right, cousin. All right, yes. Yes, dude. I got delayed, dude. But it was a big delay, dude. I couldn't communicate or anything, dude. But it's all good. Yes, dude. [Clears throat] I already got a little phone here a, a Cricket. I had to get a new plan. Fifty-five a month, no worries. And well, I have the other phone, I already have two phones. |
| | August 22nd 2019 at 7:09 PM | |

| | | |
|---|---|---|
| SEVILLA: | [Audio clip] Okey. Mejor, güey. A ver si el *fifty-five* le andan fallando, *you know? Fuck it.* No, pero sí. Ahí te estoy tirando entonces cuando me, me vaya de aquí, güey. *Probably, in a little while, you know?* Un ratito, güey. Me voy a terminar de hacer lo que voy a hacer. Ya le dije ahora al Curi [PH] también que en un ratito. *"But you know, no matter what time and I'm gonna get it by tonight,"* le dije. Todo bien. | [Audio clip] Okay. That's better, dude. Let's see if the fifty-five doesn't malfunction, you know? Fuck it. But yes. I'll be calling you then, when, when I leave, dude. Probably, in a little while, you know? Shortly, dude. I am going to finish what I need to do. I just told Curi [PH] as well that it'll be shortly. "But you know, no matter what time and I'm gonna get it by tonight," I said to him. It's all good. |
| | August 22nd 2019 at 7:10 PM | |

| | | |
|---|---|---|
| MORA: | [Audio clip] Todo bien, primo. Sí, güey. Es lo que ocupaban no más. Es que me hicieron *hold*, güey. *I bought a Hellpup* [sic] *and I bought a uh, another*—como un Draco así de macizo, güey. Lo—mañana te lo enseño, ora and uh, y compré una G-GC, güey. *Like, fucking a hundred, a hundred and seventy bucks*, güey. Con *two clips* y está nuevecita, güey. *I bought all that for fifteen hundred* pero y me lo—me pusieron un *hold*. Pero no hay pedo, mañana voy por los *rifles* pues, me dijeron que va pa' mañana y si no me regresan el dinero y la verga creo. | [Audio clip] It's all good, cousin. Yes, dude. It's just what they needed. They placed me on a hold, dude. I bought a Help Up [sic] and I bought auh, another—like a Draco, that tough, dude. The—I will show it to you tomorrow, and uh, I bought a G-GC, dude. Like, fucking a hundred, a hundred and seventy bucks, dude. With two clips and it's brand new, dude. I bought all that for fifteen hundred but they—they placed it on hold. But the're no problem, tomorrow I am going to go get the rifles, they told me that tomorrow otherwise, they would give me the money back and shit, I think. |
| | August 22nd 2019 at 7:12 PM | |

| | | |
|---|---|---|
| SEVILLA: | [Audio clip] *Nah, that's what Turi [PH] was saying. That's crazy that they fucking hold on*—Sí, pues. Mañana *I'm note even going to buy one, fool.* Mejor vamos a pagar al compa que la agarre, güey. Mejor, güey. Asi pa' no [I/I]. Ya agarras las dos mañana tú y yo me voy a llevar a las otras dos mañana también, *you know?* Así le hace—le hacemos. But yeah, güey. Ahí estamos, güey. *You wanna meet me in Red Rock in a little while.* | [Audio clip] *Nah, that's what Turi [PH] was saying. That's* saying, that's crazy that they fucking hold on—Yes. Tomorrow I'm not even going to buy one, fool. We better pay the guy so he can grab it, dude. It's better, dude. That way we don't [U/I]. You grab the two tomorrow and I will be taking the other two tomorrow as well, you know? That way—we'll do it that way. But yeah, dude. That's it, dude. You wanna meet me in Red Rock in a little while. |
| MORA: | [Audio clip] Sí, güey. Hay que parar un rato la neta, güey. Le vamos a tener que parar un rato a comprar los fierros *and just, I don't know; do the candies, move candies.* | [Audio clip] Yes, dude. Honestly, we have to stop for a little bit, dude. We're going to have to stop buying the guns for a little bit and just, I don't know; do the candies, move candies. |
| | August 22nd 2019 at 7:13 PM | |

| | | |
|---|---|---|
| SEVILLA: | [Audio clip] No. Pues, eso, *That's what I've been saying, you know?* Pues, sabe pues, tengo que traerme esos de allá de Nogales Arizona ya pa' comenzar con eso. Pero ya tengo la gente de aquí esperando, güey, por eso, *you know? I thought that* Turi [PH] *was gonna have you s—have you with* todo eso [I/I] *to Tucson* [I/I]. *I thought he was gonna take them all the way to Tucson* pero no pues. Yo me voy por ellos en Nogales, Arizona a ver qué rollo. *But yeah fool, that's what I'm saying. Just put a hold on that and just keep moving these fucking you know? The green and the white*, así pa' hacer una feria pues no. *Gon' keep it moving, flowing.* | [Audio clip] No. Well, that, that's what I've been saying, you know? Well, you know, I have to bring those from Nogales and Arizona so we can already start with that. But I already have the people here waiting for that, dude. You know? I thought that Turi [PH] was gonna have you s—have you with all of that [U/I] to Tucson [U/I]. I thought he was gonna take them all the way to Tucson but no. I am going to go get them in Nogales, Arizona see what's up. But yeah. So, that's what I'm saying. Just put a hold on that and just keep moving these fucking you know? The green and the white, that way we can make some money. Gon' keep it moving, flowing. |
| | August 22nd 2019 at 7:15 PM | |

| | | |
|---|---|---|
| MORA: | [Audio clip] Sí, pues así se va a hacer. Así se tiene que hacer, güey. *We gotta start moving weight* algo, güey. Pero aquí en los *States* pues, ¿sí entiende? Pa' no andar *crossing border*, nada de eso pues. *Have it, have it, have a line directly from there,* pues. Que venga hasta acá, güey. *Across the fucking checkpoint at least. Go figure it out* luego y así se va a hacer, güey. Vamos a hacer una feria verga. | [Audio clip] Yes, well, that's how it's going to be done. It has to be done that way, dude. We gotta start moving weight something, dude. But here in the States well, you know what I mean? To not be crossing border, nothing like that. Have it, have it, have a line directly from there. Have it come all the way over here, dude. Across the fucking checkpoint at least. Go figure it out later and it'll be done like that, dude. Shit, we're gonna make some money. |
| | August 22nd 2019 at 7:17 PM | |

| | | |
|---|---|---|
| SEVILLA: | [Audio clip] No y sí, güey. Así se va a hacer, güey. Apenas así, güey. Pero ya estoy ahí comenzando con ese stress, güey, y así va a ser—va a comenzar ahí bien. Aquí pues ya, *just you know I already have the people for them, you know. You just going for them. That would have been cool if he would have took them all the way to Tucson,* güey. *You know? But it's all good.* Ahí tenemos el *vacuum seal* de Nogales Arizona. Ahí esos no más hacer los *vaccum seal* unos cuantos de esos y de volada se hace todo. Todo bien. | [Audio clip] Yes, dude. It's going to be done like that, dude. Just like that, dude. But I am already getting stressed out, dude, and it's going to be done like that—it's going to start off well. Here, well, just you know I already have the people for them you know. You just going for them. That would have been cool if he would have took them all the way to Tucson, dude. You know? But it's all good. There we have the vacuum seal from Nogales Arizona. Those is just about doing the vacuum seal to some of them and we can do everything quickly. It's all good. |
| | August 22nd 2019 at 7:18 PM | |
| MORA: | [Audio clip] Simón, primo. No, eso sí me lo iba a pagar, güey pero okey. Pues, traía el *cash* y pues, todo el—un desmadre había allá. Pero no. Simón, güey. Ahorita nos miramos. [Bosteza] | [Audio clip] Yes, cousin. No, he was gonna pay me for that, dude, but okay. Well, he had the cash and well, all the—it was a fucking mess over there. But no. Yes, dude. We'll see each other in a bit. [Yawns] |
| | August 22nd 2019 at 7:21 PM | |
| SEVILLA: | [Audio clip] Ua, primo. Ahí estamos entonces. Ahorita nos miramos en un ratito. | [Audio clip] All right, cousin. We're good then. We'll see each other in a bit. |

| | | |
|---|---|---|
| MORA: | [Audio clip] Ya estoy aquí en Tucson, güey. [Carraspea] Peter ya se fue hace rato. Ya pa Pho—pa' Phoenix. | [Audio clip] I'm already here in Tucson, dude. [Clears throat] Peter has already left a while ago. On his way to Pho—to Phoenix. |
| TURIBOOTY: | Uaa | All right. |
| MORA: | [Audio clip] A ver qué pedo. | [Audio clip] Let's see what's up. |
| **MVI_0004** | MORA's Cell Phone- WhatsApp with SEVILLA<br>August 28th 2019 at 1:06 AM | |
| SEVILLA: | [Video clip] Aquí ya llegó el perico en Phoenix, güey. | [Audio clip] The coke has already arrived in Phoenix, dude. |
| | August 28th 2019 at 1:12 AM | |
| MORA: | Alm | Damn. |
| | August 28th 2019 at 1:19 AM | |
| SEVILLA: | [Audio clip] Sí, güey. Los chingamos [I/I] allá, güey. No más quedo diez, güey. Por la nariz, dieciocho y la verga, güey. Valió verga. | [Audio clip] Yes, dude. We fucking [U/I] over there, dude. There were only ten left, dude. The nose one, eighteen and shit, dude. Fucking hell. |
| | August 28th 2019 at 1:32 AM | |
| SEVILLA: | [Video clip] Que si nada, güey. Vente para Phoenix, güey. Mañana, güey. | [Audio clip] Nothing, dude. Come to Phoenix, dude. Tomorrow, dude. |
| | August 28th 2019 at 1:27 PM | |

| | | |
|---|---|---|
| MORA: | [Audio clip] ¿Qué onda, primo? ¿Qué onda? ¿Qué dice? ¿Qué dice? | [Audio clip] What's up, cousin? What's up? What's going on? What's going on? |
| SEVILLA: | [Audio clip] Nada. Aquí no más, güey. Esperando al compa, güey, que salga del trabajo pa' ahí—pa' que va a ir a comprar eso. | [Audio clip] Nothing. Just here, dude. Waiting for the guy, dude, to get out of work to—because he's going to go buy that. |
| | August 28th 2019 at 1:28 PM | |
| MORA: | [Audio clip] Fierro, fierro, pues. Aquí estamos al pendiente. | [Audio clip] Well, guns, guns. We'll be on the lookout. |
| | August 28th 2019 at 1:29 PM | |
| SEVILLA: | [Audio clip] Ua, ua. | [Audio clip] All right, all right. |
| | August 28th 2019 at 1:49 PM | |
| MORA: | [Audio clip] Dude, ya estoy tartamudeando, güey. A la verga. Está bien buena, güey. *Fucking shit, dude.* ¿Qué andas haciendo, güey? | [Audio clip] Dude, I'm already stuttering, dude. Fuck. It's really good, dude. Fucking shit, dude. What are you doing, dude? |
| | August 28th 2019 at 3:39 PM | |
| SEVILLA: | [Audio clip] Nada. Aquí no mas, güey. Aquí no mas. *Chilling, smoking,* relajando un poquito, güey. Aquí llegaron los fierros, güey. Apenas me llegaron. | [Audio clip] Nothing. Just here, dude. Just here. Chilling, smoking, relaxing a little, dude. The guns arrived here already, dude. I just got them. |
| | August 28th 2019 at 3:44 PM | |

| | | |
|---|---|---|
| MORA: | [Audio clip] ¿Qué compraron? ¿Dos ponchos [PH]? | [Audio clip] What did you guys buy? Two ponchos [PH]? |
| | August 28th 2019 at 4:19 PM | |
| SEVILLA: | [Audio clip] Simon, güey. | [Audio clip] Yes, dude. |
| | August 28th 2019 at 4:57 PM | |
| MORA: | [Audio clip] Ua, ua. Eso es todo, eso es todo. Ahí luego luego voy cuando pueda. | [Audio clip] All right, all right. That's it, that's it. I'll head over there later when I can. |
| | August 28th 2019 at 5:06 PM | |
| SEVILLA: | [Audio clip] Ahí estamos, güey. *You wanna meet me again, fool?* Como lo hicimos la otra vez, la otra vez con la—con el dinero, güey. Así tu no más te las llevas pa' Nogales, Arizona y ni las tienes que cruzar dice Turi [PH]. No más pa' Nogales, Arizona ya estuvo. Te puedes ir pa' atrás pa Tucson. | [Audio clip] All right, dude. You wanna meet me again, fool? Like we did last time, last time with the—with the money, dude. That way you just take it to Nogales, Arizona and Turi [PH] says you wouldn't even have to cross. Just go to Nogales, Arizona and that's it. You can head back to Tucson. |
| | August 28th 2019 at 5:08 PM | |
| MORA: | [Audio clip] Ua, ua, ua. Simón. Si, güey. Ahí márcame en cuanto vayas llegando ahí. | [Audio clip] All right, all right, all right. Yes. Yes, dude. Call me when you're arriving there. |

| | | |
|---|---|---|
| SEVILLA: | [Audio clip] ¿Dónde me quieres mirar? En Marana, güey. *Or, you wanna meet me closer?* | [Audio clip] Where do you want to meet me? In Marana, dude. Or, you wanna meet me closer? |
| | August 28th 2019 at 5:24 PM | |
| MORA: | [Audio clip] Ahí en Marana está bien, güey. Ahí donde nos vimos la otra vez. | [Audio clip] There in Marana is fine, dude. There where we met last time. |
| | August 28th 2019 at 5:34 PM | |
| SEVILLA: | [Audio clip] *I think right there in, in Red Rock*, primo. Donde no había nada, güey. Porque te voy a pasar un [I/I] pues, no va a ser dinero. No más así pues. *So, that way is not fucking all suspicious. 'Cause right there in Marana* hay no más que el—eh, los *gas stations*, el McDonald's y está pues abierto. Hay mucha gente, güey y ahí en Red Rock pues, es *dead*. No más una pinche callecita, güey. *Just go to the side, switch* y estuvo. | [Audio clip] I think right there in, in Red Rock, cousin. Where there wasn't anything, dude. Because I am going to give you a [U/I], it's not going to be money. Just like that. So, that way is not fucking all suspicious. Cause right there in Marana there's only the—uh, the gas stations, the McDonald's and well, it's open. There are a lot of people, dude, and well, Red Rock is dead. Just a fucking little street, dude. Just go to the side, switch and that's it. |
| | August 28th 2019 at 5:36 PM | |
| MORA: | [Audio clip] 'Ta bien, 'ta bien, güey. Ahi tirame cuando estés ahí pues, ya para mirarte allá. Ahí donde no haya nada. | [Audio clip] That's fine, that's fine, dude. Call me when you are there then, I'll just meet you there. There where there's nothing. |

| | | |
|---|---|---|
| SEVILLA: | [Audio clip] Ua, primo. Ahí estamos entonces. Ahorita en unos *thirty, thirty minutes*, güey. Unos *thirty, forty minutes*. Ahorita te tiro, güey. Cuando, ya cuando ahí llegue yo. Ahi pa' mirarte ahi, güey. | [Audio clip] All right, cousin. We're set then. In about thirty, thirty minutes, dude. About thirty, forty minutes. I'll call you shortly, dude. When, once I arrive there. So I can meet you there, dude. |
| | August 28th 2019 at 5:37 PM | |
| MORA: | [Audio clip] Ua, pues. Ponte trucha, güey. | [Audio clip] All right, then. Be careful, dude. |
| SEVILLA: | [Audio clip] Ua, primo. Ahí estamos. No más voy a dejar el, el sol que se baje poquito más, porque está bien caliente, la verga. | [Audio clip] All right, cousin. We're set. I'm just going to wait for the, the sun to go down a little bit more because it's really hot and shit. |
| | August 28th 2019 at 5:39 PM | |
| MORA: | [Audio clip] Ua, güey. Tráeme un [I/I], güey. No había mota aquí, güey. Está bien mala. | [Audio clip] All right, dude. Bring me a [U/I], dude. There wasn't weed here, dude. It's really bad. |
| | August 28th 2019 at 5:40 PM | |
| SEVILLA: | [Audio clip] No tenemos, güey. Puro *wax*, güey. No tengo mota. | [Audio clip] We don't have any, dude. Only wax, dude. I don't have weed. |
| | August 28th 2019 at 5:46 PM | |

| | | |
|---|---|---|
| MORA: | [Audio clip] 'Ta, güey. Ua. Sí, güey, 'ta bien *dry* aquí también, güey. A ver cuando crece esa madre otra vez. [Ríe entre dientes] | [Audio clip] All right, dude. All right. Yes, dude, it's really dry here as well, dude. Let's see when that shit grows again. [Chuckles] |
| | August 28th 2019 at 5:47 PM | |
| SEVILLA: | [Audio clip] Ey. Sí, ¿vervad, güey? [Ríe entre dientes] A ver qué rollo. *I mean, though, they have weed here* pero no más que está bien cara, güey. *Two hundred dollars an ounce. Fuck that.* Mejor un gramo y te dura poquito. | [Audio clip] Hey. Right? [Chuckles] Let's see what's up. I mean, though, they have weed here but it's just really expensive, dude. Two hundred dollars an ounce, Fuck that. Better off with a gram but it only lasts a little bit. |
| | August 28th 2019 at 5:51 PM | |
| MORA: | [Audio clip] Ua, güey. Ua. Todo bien, güey. Ahí márcame en cuanto vaya llegando. Cuando va saliendo de aquí. | [Audio clip] All right, dude. All right. It's all good. Call me as soon as you're arriving. When you're leaving. |
| | August 28th 2019 at 6:30 PM | |
| SEVILLA: | [Audio clip] Ua, primo. Ahi voy para allay a, güey. | [Audio clip] All right, cousin. I'm on my way over there, dude. |
| | August 28th 2019 at 6:46 PM | |
| SEVILLA: | [Audio clip] Ahí voy en camino, primo. Ahi voy en camino. | [Audio clip] I'm on my way, cousin. I'm on my way. |
| | August 28th 2019 at 6:58 PM | |

| | | |
|---|---|---|
| MORA: | [Audio clip] Ua, güey. Ua. Todo bien. Todo bien. | [Audio clip] All right, dude. All right. It's all good. It's all good. |
| | August 28th 2019 at 7:05 PM | |
| SEVILLA: | [Audio clip] Ua, primo. Ahí estamos. | [Audio clip] All right, cousin. We're set. |
| | August 28th 2019 at 7:30 PM | |
| SEVILLA: | [Audio clip] Aquí ya voy pasando el—mm, Casa Blanca, primo. | [Audio clip] Here I'm passing the—um, Casa Blanca, cousin. |
| **MVI_0009** | MORA's Cell Phone- WhatsApp with Turibooty<br>August 28nd 2019 at 7:36 PM | |
| TURIBOOTY: | Ke fue como van. | What's up? How are you guys doing? |
| TURIBOOTY: | Todo bien | All good. |
| **MVI_0004** | MORA's Cell Phone- WhatsApp with SEVILLA<br>August 28th 2019 at 7:43 PM | |
| MORA: | [Audio clip] Ua, güey. Ua. En cuanto pases Picacho, márcame y ahí me tiro pa' allá. | [Audio clip] All right, dude. All right. As soon as you pass Picacho [peak], call me and I'll head over there. |
| | August 28th 2019 at 7:44 PM | |
| SEVILLA: | [Audio clip] Ua, primo. Ua. | [Audioclip] All right, cousin. All right. |

| | | |
|---|---|---|
| MORA: | *Ua primo* I'll see what's up aver que show | Okay, cousin. I'll see what's up to check out show. [Same as Sevilla] |
| SEVILLA: | Ua primo 100. | Okay, cousin. 100. [Same as Sevilla] |
| **MVI_0006** | MORA's Cell Phone- WhatsApp with SEVILLA<br>October 8th 2019 at 10:28 PM | |
| MORA: | [Audio clip] ¿Qué onda, primo? ¿Qué andas haciendo? | [Audio clip] What's up, cousin? What are you doing? |
| | October 9th 2019 at 8:11 AM | |
| SEVILLA: | [Audio clip] Out here going to work, fool. I just start working for uh, for T-Mobile. Fucking selling phones, bro'. So, I sell drugs and phones. *A la verga. [Rie entre dientes] ¿Tú? ¿Qué rollo, primo?* | [Audio clip] Out here going to work, fool. I just start working for uh, for T-Mobile. Fucking selling phones, bro'. So, I sell drugs and phones. Fucking hell. [Chuckles] You? What's up with you, cousin? |
| | October 9th 2019 at 10:13 AM | |

| | | |
|---|---|---|
| MORA: | [Audio clip] *Nada. Ya hablé con un compa, güey.* We got another contract in Culiacan. Or Guadalajara güey. I don't know, dude but—we still doing fucking Nogi no more. Like, these fools are going like staright south. Um, dude said he can get the cash and that he can have the cash ready. Uh, remember how we used to pay the kids uh, a hundred bucks. That's all that—this fool charges two hundred. And he said, "okay." He just, he just needs to verify and then uh, he's gonna get cash. But, *no sé, güey. Ahí luego te tiro, güey.* That way we can do some extracurricular activities and make *money. Pero* this time like, it's just gonna be *du-du—ahi tú pues.* We're gonna be in charge of the whole thing. *El vato,* he's just gonna finance us *así como el, como el Kevin pues. Va a salir* Hector. No, there's not gonna be the middle man *como el tuyo o algo asi.* It's just gonna be us. | [Audio clip] Nothing. I talked to a buddy already, dude. We got another contract in Culiacan. Or Guadalajara bro'. I don't know, dude but—we still doing fucking Nogi no more. Like, these fools are going straight south. Um, dude said he can get the cash and that he can have the cash ready. Uh, remember how we used to pay the kids uh, a hundred bucks. That's all that—this fool charges two hundred. And he said, "okay." He just, he just needs to verify and then uh, he's gonna get cash. But, I don't know, dude. I'll hit him up later, dude. That way we can do some extracurricular activities and make money. But this time like, it's just gonna be du-du—up to you. We're gonna be in charge of the whole thing. The guy, he's just gonna finance us like the, like Kevin. Hector is getting out. No, there's not gonna be the middle man like yours or something like that. It's just gonna be us. |
| | October 9th 2019 at 10:15 AM | |

| | | |
|---|---|---|
| MORA: | [Audio clip] No more driving. No more nada, güey. This fool's just gonna take it like, he, he knew—he's like, he's gonna take it all the way to like Hermosillo and shit, dude. *A ver que pasa, güey.* I'm gonna talk to him more today, get some more info. I'll keep you updated, dude. *Ahí pa hagas feria tu tambien, primo.* | [Audio clip] No more driving. No more anything, dude. This fool's just gonna take it like, he, he knew—he's like, he's gonna take it all the way to like Hermosillo and shit, dude. We'll see what happens, dude. I'm gonna talk to him more today, get some more info. I'll keep you updated, dude. So that you can make some moneey too, cousin. |
| | October 9th 2019 at 10:16 AM | |
| MORA: | [Audio clip] What he was telling me, they have the starps already. They just need ammo, dude. That's what we're gonna try and supply them with. That's where the money's at. With the ammo, the boxes and shit. These fools just have to move them all. They just need someone to get them. *A ver,* I know--We know where to get them for cheap. | [Audio clip] What he was telling me, they have the straps already. They just need ammo, dude. That's what we're gonna try and supply them with. That's where the money's at. With the ammo, the boxes and shit. These foos just have to move them all. They just need someone to get them. We'll see, I know-- We know where to get them for cheap. |
| | October 9th 2019 at 12:25 PM | |

| | | |
|---|---|---|
| SEVILLA: | [Audio clip] *Simón, primo*. But you already know, fool and we haven't done it a while. So, I'm sure we're clear, you know, on the, on our little list. *A ver qué rollo*. For sure, I'm always down to make a little extra money, specially, if we don't have to move like that. For sure, for sure. *Ya sabes. No más me tiras, güey*. For sure. Let's get it. | [Audio clip] Yes, cousin. But you already know, fool and we haven't done it a while. So, I'm sure we're clear, you know, on the, on the little list. To see what's up. For sure, I'm always down to make a little extra money, specially, if we don't have to move like that. For sure, for sure. You already know. Just hit me up, dude. For sure. Let's get it. |
| | October 9th 2019 at 12:26 PM | |
| MORA: | [Audio clip] [Clears throat] It's gonna be calmer now, dude. Like, we can—we, we—probably can move on our days off. *Y aquí estoy haciendo* Uber *también, güey. A ver*—and at least take like one day off, dude. 'Cause it's like too much *pero luego me voy a la* Chandler, *güey*. I gotta go to Chandler, dude. That's where the money is at for Uber, right now. *Ahí es donde estás ha—estás haciendo* like two hundred bucks a night, dude. | [Audio clip] [Clears throat] It's gonna be calmer now, dude. Like, we can—we, we—probably have to move on our days off. And here I am doing Uber as well, dude. Let's see— and at least take like one day off, dude. 'Cause it's like too much but then I am going to Chandler, dude. I gotta go to Chandler, dude. That's where the money is at for Uber, right now. There you can me—you can make like two hundred, bucks a night, dude. |
| | October 9th 2019 at 12:27 PM | |

| | | |
|---|---|---|
| MORA: | Alv wey | Damn, dude. |
| **MVI_0011** | MORA's Cell Phone- WhatsApp with TURIBOOTY<br>September 1st 2019 at 8:50 PM | |
| MORA: | [Audio clip] Ahí subo pa' allá ahorita, güey. | [Audio clip] I'll head up there shortly, dude. |
| **MVI_0005** | MORA's Cell Phone- WhatsApp with SEVILLA<br>September 1st 2019 at 8:51 PM | |
| MORA: | [Audio clip] ¿Qué onda, primo? ¿Qué dice? ¿Qué dice? | [Audio clip] What's up, cousin? What's up? What's up? |
| | September 1st 2019 at 8:52 PM | |
| MORA: | [Audio clip] Mañana se me hace que voy [I/I] Phoenix, güey. | [Audio clip] I think tomorrow I am going [U/I] to Phoenix, dude. |
| SEVILLA: | [Audio clip] Ua, primo. Ahí estamos entonces. Está bien así. Mañana se hace todo entonces. | [Audio clip] All right, cousin. We're set then. It's fine like that. Everything will get done tomorrow then. |
| | September 1st 2019 at 8:53 PM | |
| MORA: | [Audio clip] Bah, güey, ahí tengo pa' darle a los *plays* y no sé. Me ha quedado muy poco [I/I]. | [Audio clip] Dude, I have some for the plays and I don't know. I have very little [U/I] left. |
| SEVILLA: | [Audio clip] Ua, güey. Ahí estamos entonces. Está bien así entonces, güey. | [Audio clip] All right, dude. We're set then. It's fine like that then, dude. |

| | | |
|---|---|---|
| | September 1st 2019 at 8:54 PM | |
| MORA: | [Audio clip] *Ua, güey.* Then, I got the two fifty uh, from the other nigga and then uh, fucking—*a ver qué pedo, güey tambien.* 'Cause we need to, we need to get those and we might need to get some, some ammo boxes. I don't know yet. I, I'll tell you, I'll tell you what's up tonight. *A ver que pedo. [I/I]* fucking boxes. | [Audio clip] All right, dude. Then, I got the two fifty uh, from the other nigga and then uh, fucking—to see what's up as well, dude. 'Cause we need to, we need to those and we might need to get some, some ammo boxes. I don't know yet. I, I'll tell you, I'll tell you what's up tonight. We'll see what's up. [U/I] fucking boxes. |
| MORA: | [Audio clip] The other nigga fucking showed up this morning, dude. *Todo hondeado ahí.* | [Audio clip] The other nigga fucking showed up this morning, dude. All beat up there. |
| | September 1st 2019 at 8:55 PM | |
| SEVILLA: | [Audio clip] ¿No más te dieron dos, cincuenta, güey? ¿Qué no eran cuatro? Eran cuatro, ¿no? | [Audio clip] They only gave you two, fifty, dude? Weren't they four? It was four, right? |
| MORA: | [Audio clip] *No, güey. Eran* two, fifty *no más los* charges and um—yeah. It was just two, fifty; chargers are three—uh, thirty round. | [Audio clip] No, dude. It was two, fifty for just the chargers and um—yeah. It was just two, fifty; chargers are three—uh, thirty round. |
| | September 1st 2019 at 8:56 PM | |
| SEVILLA: | [Audio clip] Oh. They're paying us the mags, now? No, but what I'm talking about is the, the money for those four that we sent out yesterday. | |

| | | |
|---|---|---|
| MORA: | [Audio clip] Oh. No, no. Simón, simón. E-eso, eso te—aquí tengo pa' los *dudes*. Pa' los *players*, aquí los tengo pues. *No, the two, fifty are the mags. We need to go get mags.* | [Audio clip] Oh. No, no. Yes, yes. Tha-that, that is—here I have for the dudes. For the players, I have them here. No, the two fifty are the mags. We need to go get the mags. |
| | September 1st 2019 at 8:57 PM | |
| SEVILLA: | *Hell yeah finally* but ua primo | Hell, yeah finally but all right, cousin. |
| MORA: | [Audio clip] Sí. Pues, aviéntalo ya, a la verga. Allá, güey. | [Audio clip] Yes. Well, send it over there already, fuck it. |
| | September 1st 2019 at 8:58 PM | |
| SEVILLA: | [Audio clip] La neta que sí, güey. Ya. *Finally* y a la verga. | [Audio clip] Yes, for real, dude. Already. Finally, fuck it. |
| | September 1st 2019 at 10:18 PM | |
| SEVILLA: | [Video clip] [Music in the background] | |
| **MVI_0011** | MORA's Cell Phone- WhatsApp with TURIBOOTY<br>September 2nd 2019 at 1:47 AM | |
| MORA: | [Audio clip] ¿Ya te dormiste, güey? Vente a fumar un *blunt*. | [Audio clip] Have you already fallen asleep, dude? Come over to smoke a blunt. |
| | September 2nd 2019 at 1:48 AM | |
| TURIBOOTY: | [Audio clip] Sí, es que estoy, estoy, estoy adentro de la casa, güey. | [Audio clip] Yes, it's that I'm, I'm, I'm inside the house, dude. |