# Firearms, Ammunition, etc. Purchased by Francisco MORA Jr., Pedro SEVILLA, Danield NAJERA-ARMENTA, and Martin CARRILLO

**[Border Crossings - Inbound] [Border Crossings – Outbound]**

| Date | Time (Approx) | Purchaser | FFL | Firearms Purchased | Amount ($) |
|---|---|---|---|---|---|
| 6/15/2016 | 12:31 PM | MORA | Second Amendment Sports, Inc. 5146 East Pima Street, Tucson | -Bersa S.A./R.S.A. Enterprises Inc., model: Firestorm, .380 ACP caliber pistol, SN: G28598 | $338.02 |
| **10/18/2017** | **3:13 PM** | **MORA inbound as a pedestrian** | | | |
| 10/19/2017 | 10:38 AM | MORA | SnG Tactical – SnG Arms 3151 East District Street, Tucson | -Beretta, model: 92FS, 9mm caliber pistol, SN: BER674472 | |
| **10/21/2017** | **6:50 PM** | **MORA inbound in a vehicle** | | | |
| **10/23/2017** | **12:11 AM** | **MORA inbound in a vehicle** | | | |
| 10/24/2017 | 5:31 PM | MORA | Liberty Pawn Shop 1552 South 4th Avenue, Tucson | -FEG/KBI Inc., model: SA85M, 7.62x39mm caliber rifle, SN: SM16630 | $917.97 |
| **10/24/2017** | **11:04 PM** | **MORA inbound as a pedestrian** | | | |
| 10/27/2017 | 2:03 PM | MORA | Climags 214 West Grant Road, Tucson | -I.O. Inc., model: Sporter, 7.62x39mm caliber pistol, SN: S021832 | |
| **10/27/2017** | **6:25 PM** | **MORA inbound as a pedestrian** | | | |
| 3/6/2018 | 7:02 PM | MORA | Sportsman's Warehouse #132 3945 West Costco Drive, Tucson | -Bersa/R.S.A., model: Thunder 380, .380 ACP caliber pistol, SN: H33738 | |
| 11/24/2018 | 7:11 PM | SEVILLA | Cabela's 9380 West Glendale Avenue, Glendale | -Phoenix Arms, model: HP22A, .22 Long Rifle caliber pistol, SN: 4403460 | |
| 3/5/2019 | 5:24 PM | SEVILLA | Cabela's 9380 West Glendale Avenue, Glendale | -Century Arms Inc. (CAI), model: RAS-47, 7.62x39mm caliber rifle, SN: RAS47068999 | |
| **6/7/2019** | **1:37 AM** | **MORA inbound as a pedestrian** | | | |
| 6/7/2019 | 5:24 PM | MORA | J&G Sales, Ltd. 440 Miller Valley Road, Prescott | -100 AR-15 magazines<br>-100 AK-47 magazines | $2,716.59 |
| **6/8/2019** | **7:59 AM** | **MORA inbound as a pedestrian** | | | |
| **6/15/2019** | **2:39 AM** | **MORA inbound as a pedestrian** | | | |
| 6/16/2019 | 11:50 AM | MORA | Diamondback Shooting Sports 7030 East Broadway Blvd., Tucson | -(20) Croatian AK-47 [30 round] magazines | $478.06 |
| **6/25/2019** | **8:03 AM** | **MORA inbound in a vehicle** | | | |
| 6/25/2019 | 3:49 PM | MORA | J&G Sales, Ltd. 440 Miller Valley Road, Prescott | -5,000 rounds of 38 Super caliber ammunition<br>-5,000 rounds of 45 caliber ammunition | $3,490.11 |
| **6/25/2019** | **10:04 PM** | **MORA outbound (Photo) in a vehicle bearing Arizona license #2W18DL (Dealer Plate)** | | | |
| **6/26/2019** | **9:17 AM** | **MORA inbound in a vehicle** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **6/27/2019** | **5:34 AM** | **MORA inbound in a vehicle** | | | |
| **6/29/2019** | **2:56 AM** | **MORA inbound in a vehicle** | | | |
| **6/29/2019** | **3:39 PM** | **MORA inbound as a pedestrian** | | | |
| **7/1/2019** | **1:53 AM** | **MORA inbound in a vehicle** | | | |
| 7/2/2019 | 1:39 PM | SEVILLA | Mo Money Pawn<br>1152 East Indian School, Phoenix | -Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-12760-19 | $760.19 |
| 7/2/2019 | 1:45 PM | MORA | Mo Money Pawn<br>1152 East Indian School, Phoenix | -Romarm/CUGIR (Century Arms International [CAI]), model: Mini Draco, 7.62x39mm caliber pistol, SN: PE-8364-2019 | $760.19 |
| 7/2/2019 | 4:27 PM | SEVILLA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Romarm/CUGIR (Century Arms International [CAI]), model: Mini Draco, 7.62x39mm caliber pistol, SN: PE-7883-2018 | $711.33 |
| 7/2/2019 | 4:57 PM | MORA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Glock, model: G17 Gen 5, 9mm caliber pistol, SN: ADCY796 | $570.15 |
| 7/2/2019 | 6:40 PM | SEVILLA | Bear Arms Firearms<br>10321 N. Scottsdale Road, Scottsdale | -Century Arms, model: Draco, 7.62x39mm caliber (AK) pistol, SN: RAS47107734 | $755.60 |
| 7/2/2019 | 6:43 PM | MORA | Bear Arms Firearms<br>10321 N. Scottsdale Road, Scottsdale | -Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-12338-19 | $787.98 |
| **7/3/2019** | **11:56 PM** | **SEVILLA inbound as a pedestrian** | | | |
| **7/4/2019** | **12:37 AM** | **MORA inbound in a vehicle** | | | |
| 7/5/2019 | 5:34 PM | SEVILLA | J&G Sales, Ltd.<br>440 Miller Valley Road, Prescott | -Taurus, model: G2C, 9mm caliber pistol, SN: TLT01440 | $218.15 |
| 7/5/2019 | 5:49 PM | SEVILLA | J&G Sales, Ltd.<br>440 Miller Valley Road, Prescott | -5,000 rounds of Wolf, 7.62x39mm caliber ammunition<br>-2,000 rounds of S&B, .40 caliber ammunition<br>-8,000 rounds of Aguila, 38 Super ammunition | $4,776.94 |
| 7/5/2019 | 5:51 PM | SEVILLA | J&G Sales, Ltd.<br>440 Miller Valley Road, Prescott | -Two Glock, 9mm caliber magazines | $82.81 |
| 7/7/2019 | 2:53 PM | SEVILLA | Mo Money Pawn<br>1152 East Indian School, Phoenix | -Romarm/CUGIR (Century Arms International [CAI]), model: Draco, 7.62x39mm caliber pistol, SN: DF-0940-19 | $760.19 |
| **7/7/2019** | **5:35 PM** | **MORA inbound as a pedestrian** | | | |
| **7/8/2019** | **3:06 PM** | **MORA inbound as a pedestrian** | | | |
| **7/8/2019** | **9:34 PM** | **MORA inbound as a pedestrian** | | | |
| **7/9/2019** | **3:56 PM** | **MORA inbound as a pedestrian** | | | |
| 7/10/2019 | 11:37 AM | NAJERA-ARMENTA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Anderson Manufacturing, model: AM-15, .223/5.56 caliber rifle, SN: 18289944<br>-Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-11367-19 | $1,227.18 |
| 7/10/2019 | 11:40 AM | CARRILLO | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -American Tactical Imports – ATI, model: Omni Hybrid, 5.56 caliber pistol, SN: NS218011<br>-Romarm/CUGIR (Century Arms International [CAI]), model: Mini Draco, 7.62x39mm caliber pistol, SN: PE-8588-2019 | $1,144.64 |

| | | | | | |
|---|---|---|---|---|---|
| **7/11/2019** | **12:00 AM** | **MORA inbound in a vehicle** | | | |
| **7/12/2019** | **3:25 PM** | **MORA inbound as a pedestrian** | | | |
| **7/12/2019** | **7:34 PM** | **MORA inbound in a vehicle** | | | |
| **7/14/2019** | **10:40 AM** | **MORA inbound as a pedestrian** | | | |
| **7/14/2019** | **10:41 AM** | **SEVILLA inbound as a pedestrian** | | | |
| 7/17/2019 | 12:38 PM | MORA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix<br>(602) 331-4700 | -Romarm/CUGIR (Century Arms International [CAI]), model: Mini Draco, 7.62x39mm caliber pistol, SN: PMD-13074-19<br>-American Tactical Imports – ATI, model: Omni Hybrid, 5.56 caliber pistol, SN: NS203662 | $1,107.72 |
| 7/17/2019 | 1:03 PM | SEVILLA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Romarm/CUGIR (Century Arms International [CAI]), model: Mini Draco, 7.62x39mm caliber pistol, SN: PE-9092-2019<br>-Glock GMBH, model: 17, 9mm caliber pistol, SN: BKUE028<br>-American Tactical Imports – ATI, model: Omni Hybrid, 5.56 caliber pistol, SN: NS215446 | $1,623.57 |
| **7/19/2019** | **9:04 AM** | **SEVILLA inbound as a pedestrian** | | | |
| **7/19/2019** | **9:20 AM** | **MORA inbound in a vehicle** | | | |
| 7/19/2019 | 2:56 PM | MORA | SnG Tactical – SnG Arms<br>3151 East District Street, Tucson | -Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-12931-19<br>-Romarm/CUGIR (Century Arms International [CAI]), model: Draco, 7.62x39mm caliber pistol, SN: DB-9486-18 | $1,504.50 |
| 7/19/2019 | 2:49 PM | SEVILLA | SnG Tactical – SnG Arms<br>3151 East District Street, Tucson | -Romarm/CUGIR (Century Arms International [CAI]), model: Draco, 7.62x39mm caliber pistol, SN: DF-1696-19<br>-Romarm/CUGIR (Century Arms International [CAI]), model: WASR-10UF, 7.62x39mm caliber rifle, SN: UF-2506-18 | $1,606.35 |
| **7/20/2019** | **9:02 AM** | **MORA (Driver) and SEVILLA (Passenger) inbound in a 2002, blue, Chevrolet Tahoe, bearing Arizona license #063NXY (Photos)** | | | |
| 7/20/2019 | | MORA | Bear Arms Firearms<br>10321 N. Scottsdale Road, Scottsdale<br>*Gun Show: AZ State Fairgrounds Phoenix, AZ* | -Glock, model: 23, .40 caliber pistol, SN: KFD427 | $466.93 |
| **7/20/2019** | **11:05 PM** | **MORA outbound (Photo) in a 2002, blue, Chevrolet Tahoe, bearing Arizona license #063NXY** | | | |
| **7/21/2019** | **12:48 PM** | **MORA inbound as a pedestrian** | | | |
| 7/22/2019 | 3:46 PM | SEVILLA | Tombstone Tactical<br>10011 N. Metro Parkway E., Phoenix | -Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-13093-19 | $733.53 |
| **7/23/2019** | **9:22 AM** | **MORA inbound in a vehicle** | | | |
| | | | | | |
| **7/30/2019** | **10:18 PM** | **MORA inbound in a vehicle** | | | |
| **8/1/2019** | **7:59 AM** | **SEVILLA inbound as a pedestrian** | | | |
| **8/1/2019** | **8:09 AM** | **MORA inbound in a vehicle** | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8/2/2019 | 7:00 PM | MORA | Bear Arms Firearms<br>10321 N. Scottsdale Road, Scottsdale | -Romarm/CUGIR (Century Arms International [CAI]), model: Draco, 7.62x39mm caliber pistol, SN: DB-9688-18 | $787.98 |
| 8/2/2019 | 7:00 PM | SEVILLA | Bear Arms Firearms<br>10321 N. Scottsdale Road, Scottsdale | - Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-12532-19 | $787.98 |
| **8/4/2019** | **9:43 AM** | **MORA inbound as a pedestrian** | | | |
| 8/4/2019 | 3:34 PM | MORA | Diamondback Shooting Sports<br>7030 East Broadway Blvd., Tucson | -Romarm/CUGIR (Century Arms International [CAI]), model: Draco, 7.62x39mm caliber pistol, SN: DB-9009-18RO<br>-(10) Colt AR-15 [30 round] magazines<br>-Small amounts of 5.56 caliber and 7.62x39mm caliber ammunition | $1,087.90 |
| 8/4/2019 | 3:35 PM | MORA | Diamondback Shooting Sports<br>7030 East Broadway Blvd., Tucson | -(1) AK-47, 7.62x39mm caliber, 75 round drum magazine | $72.27 |
| **8/5/2019** | **11:34 AM** | **MORA (Driver) and SEVILLA (Passenger) inbound in 1999, beige, Toyota Camry, bearing Arizona license #CLA6412 (Photos)** | | | |
| 8/5/2019 | 12:34 PM | CARRILLO | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Romarm/CUGIR (Century Arms International [CAI]), model: Mini Draco, 7.62x39mm caliber pistol, SN: PE-9401-2019<br>-Romarm/CUGIR (Century Arms International [CAI]), model: Mini Draco, 7.62x39mm caliber pistol, SN: PE-9402-2019 | $1,379.22 |
| 8/5/2019 | 1:03 PM | MORA | Diamondback Shooting Sports<br>7030 East Broadway Blvd., Tucson | -(30) Croatian AK-47 [30 round], 7.62x39mm caliber, magazines | $717.09 |
| **8/5/2019** | **9:14 PM** | **MORA inbound in a vehicle** | | | |
| 8/6/2019 | 4:48 PM | SEVILLA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Glock, model: G17, 9mm caliber pistol, SN: BHBT262 | $586.44 |
| **8/7/2019** | **10:38 AM** | **MORA (Driver) and SEVILLA (Passenger) inbound in a 1999, beige, Toyota Camry, bearing Arizona license #CLA6412 (Photos)** | | | |
| 8/7/2019 | 3:40 PM | MORA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127156<br>-Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127125<br>-Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1126385 | $1,446.54 |
| 8/7/2019 | 3:47 PM | SEVILLA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127129<br>-Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127100<br>-Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127095 | $1,446.54 |
| 8/7/2019 | 3:50 PM | CARRILLO | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127127 | $964.36 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | -Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127166 | |
| **8/8/2019** | **12:48 PM** | **MORA inbound (sole occupant) in a 2013, blue, Subaru BRZ, bearing Arizona license #BGS1802 (Photos)** | | | |
| **8/12/2019** | **8:57 AM** | **MORA inbound in a 2013, blue, Subaru BRZ, bearing Arizona license #BGS1802 (Photos)** | | | |
| 8/12/2019 | 7:10 PM | MORA | Tombstone Tactical<br>10011 N. Metro Parkway E., Phoenix<br>(800) 606-0370, Mike Glaser, Compliance | -Romarm/CUGIR (Century Arms International [CAI]), model: Mini Draco, 7.62x39mm caliber pistol, SN: PE-8301-2019<br>-Glock GMBH, model: 19 Gen 4, 9mm caliber pistol, SN: BKBH078 | $1,235.05 |
| 8/13/2019 | 1:15 PM | SEVILLA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1126994<br>-Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-13937-19<br>-Glock, model: G23, .40 caliber pistol, SN: DDT924US | $1,649.63 |
| **8/13/2019** | **10:07 PM** | **MORA (Driver) and SEVILLA (Passenger) outbound (Photo) in a 1999, beige, Toyota Camry, bearing Arizona license #CLA6412** | | | |
| **8/14/2019** | **5:11 PM** | **MORA inbound in a vehicle** | | | |
| **8/17/2019** | **11:24 AM** | **MORA inbound in a vehicle** | | | |
| 8/17/2019 | 1:13 PM | SEVILLA | Liberty Pawn Shop<br>1552 South 4th Avenue, Tucson | -Century Arms, model: RAS-47, 7.62x39mm caliber (AK) pistol, SN: RAS47106998 | $696.77 |
| 8/17/2019 | 1:15 PM | MORA | Liberty Pawn Shop<br>1552 South 4th Avenue, Tucson | - Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-13888-19 | $774.19 |
| 8/17/2019 | 2:30 PM | MORA | Diamondback Shooting Sports<br>7030 East Broadway Blvd., Tucson | - Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-14201-19RO | $771.76 |
| 8/17/2019 | 2:48 PM | SEVILLA | Diamondback Shooting Sports<br>7030 East Broadway Blvd., Tucson | - Romarm/CUGIR (Century Arms International [CAI]), model: Draco, 7.62x39mm caliber pistol, SN: DF-0845-19 | $793.50 |
| **8/17/2019** | **9:24 PM** | **MORA outbound (Photo) in a 2013, blue, Subaru BRZ, bearing Arizona license #BGS1802** | | | |
| **8/21/2019** | **11:53 AM** | **MORA inbound in a vehicle** | | | |
| 8/23/2019 | 12:19 PM | MORA | SnG Tactical – SnG Arms<br>3151 East District Street, Tucson | -Zastava, model: ZPA P92, 7.62x39mm caliber pistol, SN: Z92-000108<br>-Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1126947<br>-Taurus, model: G2C, 9mm caliber pistol, SN: TLP15120 | $1,492.83 |
| **8/24/2019** | **12:08 AM** | **MORA (Driver) and SEVILLA (Passenger) outbound (Photo) in a 1999, beige, Toyota Camry, bearing Arizona license #CLA6412** | | | |
| **8/27/2019** | **9:08 PM** | **MORA and SEVILLA inbound in a vehicle (Arizona license plate CLA6412)** | | | |
| 8/28/2019 | 2:50 PM | CARRILLO | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Romarm/CUGIR (Century Arms International [CAI]), model: Mini Draco, 7.62x39mm caliber pistol, SN: PE-8651-2019<br>-Romarm/CUGIR (Century Arms International [CAI]), model: Micro Draco, 7.62x39mm caliber pistol, SN: PMD-13628-19 | $1,400.94 |

| | | | | | |
|---|---|---|---|---|---|
| **8/30/2019** | **1:34 PM** | **MORA inbound as a pedestrian** | | | |
| 8/31/2019 | 12:14 PM | NAJERA-ARMENTA | Ammo A-Z<br>2005 West Deer Valley Road, Phoenix | -Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127371<br>-Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127380<br>-Pioneer Arms Corp, model: Hellpup, 7.62x39mm caliber pistol, SN: PAC1127398 | $1,547.55 |
| **8/31/2019** | **10:51 PM** | **MORA inbound in a vehicle** | | | |
| **9/4/2019** | **12:13 PM** | **MORA inbound in a vehicle** | | | |
| 9/5/2019 | 12:34 PM | MORA | J&G Sales, Ltd.<br>440 Miller Valley Road, Prescott | -250 AK-47 magazines<br>-250 AR-15 magazines | $5,427.73 |
| **9/5/2019** | **9:54 PM** | **MORA outbound (Photo) in a 2013, blue, Subaru BRZ, bearing Arizona license #BGS1802** | | | |
| **9/6/2019** | **3:03 PM** | **MORA inbound as a pedestrian** | | | |
| **9/13/2019** | **4:48 PM** | **MORA inbound in vehicle** | | | |
| | | | | | |