GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
Serra M. Tsethlikai
Assistant U.S. Attorney
CA State Bar No. 171177
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7358
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Francisco Dario Mora,<br>Defendant. | CR 19-3289-TUC-SHR<br><br>Government's Sentencing Memorandum<br>SE: May 10, 2021 |

Now comes the United States of America, by and through its undersigned attorneys, and hereby respectfully submits this Sentencing Memorandum for this Court's consideration at the time of Mr. Mora's sentencing. Furthermore, the government believes that a sentence of one hundred and eight (108) to one hundred and twenty (120) months of imprisonment adequately addresses the seriousness of the offense and the history and characteristics of the defendant.

Respectfully submitted this 28th day of April, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

SERRA TSETHLIKAI
Digitally signed by SERRA TSETHLIKAI
Date: 2021.04.28 18:38:52 -07'00'

Serra M. Tsethlikai
Assistant U.S. Attorney

**FACTS**

Mr. Mora literally fortified and supplied an army of a Mexican drug cartel.

- ❖ Thirty-six (36)) firearms including AK-47-style pistols (7.62x39mm caliber) and AR-15-style pistols (5.56/.223 caliber)
- ❖ 760 thirty (30)-round magazines for AK-47-style and AR-15 firearms
- ❖ 25,000 rounds of various caliber ammunition
- ❖ One (1) 75-round drum magazine for AK-47-type firearm
- ❖ Two (2) Glock 9 mm magazines

During a three month period (June through September 2019), Mora purchased 17 firearms and Sevilla purchased 19 firearms. Detention Hearing Transcript, hereinafter "DH", p. 10, lines 21 – 24. During its investigation, ATF gathered ATF Forms 4473 from federal licensed firearms dealers detailing the specific firearms, the makes and models, and the calibers of the firearms purchased. DH, p. 11, lines 9 – 24; p. 12, lines 5 – 7. The firearm dealers also provided the receipts for the firearm purchases. DH, p. 12, lines 3 – 4. In addition, the firearm dealers informed ATF that Mora had purchased 10,000 rounds of ammunition and Sevilla had purchased 15,000 rounds of ammunition. DH, p. 12, lines 11 – 25; p. 13, lines 1 -4. Also, Mora purchased 760 thirty (30)-round magazines for AK-47 and AR-15-type firearms. DH, p. 13, lines 5 – 20. The two defendants spent roughly $46,000 (defendant asserts it was $32,663.48) purchasing the various firearms, ammunition and magazines. DH, p. 21, lines 17 – 25. The ATF agent testified that based on the number of firearms and magazines purchased by the two defendants that the defendants were trafficking them. DH, p. 46, lines 13 – 20.

During the investigation, ATF learned that three of the firearms, two purchased by Sevilla and one by Mora, have been recovered in Mexico. DH, p. 7, lines 5 – 7. On July 19, 2019, Sevilla and Mora each bought two AK-47 pistols from SnG Tactical in Tucson.

DH, p. 1, lines 7 – 9. Twenty-seven (27) days later, each of the defendants had one of their purchased firearms recovered in Guadalajara, Mexico. DH, p. 7, lines 9 – 11. Mexican law enforcement had recovered the two firearms in a residence in Mexico. DH, p. 7, lines 12 – 24. A third firearm, a .9mm caliber Taurus pistol purchased by Sevilla, was recovered in Mexico just forty (40) days after it had been purchased. DH, p. 8, lines 4 – 9.

ATF learned that from June through September 2019, Mora had approximately 46 crossings from Mexico into the United States. DH, p. 21, lines 4 – 10.

**ACCEPTANCE OF RESPONSIBILITY**

The government acknowledges that the defendant pled guilty to the Indictment without a plea agreement.

**GOVERNMENT'S SENTENCING RECOMMENDATION**

Mora was essentially arming a Mexican drug cartel army. The deadly and devasting impact of 760 thirty (30) round magazines cannot be ignored nor justified. In addition, the defendant was involved in acquiring and smuggling from the United States into Mexico thirty-six (36) firearms including AK-47-style pistols (7.62x39mm caliber) and AR-15-style pistols (5.56/.223 caliber), the type of firearms for the 760 thirty-round magazines, with 25,000 rounds of various caliber ammunition.

The government recommends a sentence of one hundred and eight (108) to one hundred twenty (120) months of imprisonment. In looking at the sentencing factors outlined in Title 18, United States Code, Section 3553(a), a sentence of one hundred and eight (108) to one hundred twenty (120) months of imprisonment would reflect the

seriousness of the offenses for which the defendant has been convicted, provide adequate deterrence to the defendant, and protect the public and the people of Mexico from further crimes of the defendant.

(a)(2): To Reflect the Seriousness of the Offense, to Promote Respect for the Law. To Provide Just Punishment for the Offense and to Protect the Public from further Crimes of the Defendant

The deadly violence being spread by the drug cartels in Mexico has had a devastating impact on the innocent civilians in Mexico. Defense counsel argued at a drug trafficking sentencing that the violence in Mexico mitigated the defendant's role in the offense and could have arguably supported a duress defense. Defense counsel argued[1]:

> [w]hat is clear is that cartel violence in Sinaloa is very present and in October 2019, after the capture and quick release of Joaquin "El Chapo" Guzman's son, drug violence in Culiacan and surrounding areas of Sinaloa has increased.[2] In 2020, a gunfight in Sinaloa left 16 young men dead, after a clash between El Chapo's children and those of another cartel leader, Ismael "El Mayo" Zambada.
>
> In November, 2020, in …Guasave, Sinaloa, young men were forced to parade in the streets nude and with their hands tied behind their back as punishment for disloyalty to the cartel.

In a very short three-month period, the two defendants spent roughly $32,663.48

[1] Defense counsel's sentencing memorandum in CR19-3470-TUC-SHR-JR; Doc. 45, filed 03/25/21. [2] *See* https://www.reuters.com/article/us-mexico-violence-sinaloa-feature/in-mexico-el- chapos-sons-add-brash-new-chapter-to-crime-family-idUSKBN1X12RD

[3] *See*https://www.theyucatantimes.com/2020/06/gang-gunfight-leaves-16-dead-in-sinaloa-mexico/

[4] *See*https://mexiconewsdaily.com/news/young-men-forced-to-parade-semi-nude-in-guasave-sinaloa/

purchasing various firearms, ammunition and magazines. The $32,663.48 worth of firearms and munitions were successfully smuggled into Mexico from the United States and into the hands of members of the Mexican drug cartel. The firearms and munitions were, and continue, to be used to support the cartel violence in Mexico.

Guideline Calculations

As the defendant notes in his sentencing memo, the defendant rejected a plea offer of 108 to 168 months of imprisonment. The government, in its plea agreement had assessed a four (4)-level enhancement under U.S.S.G. § 2K2.2(b)(5) as the defendant was engaged in trafficking firearms. The evidence is clear that the defendant knew he was transferring the firearms and munitions to other individuals who intended to use the firearms unlawfully – to protect and further their drug trafficking operations. *See* Comment Application Note 13 under U.S.S.G. § 2K2.1. However, Probation did not assess that enhancement and the government failed to timely object to the failure to assess this enhancement. The government is not now arguing that the assessment should be given; however, the government believes that this Court can use the fact that the defendant was trafficking firearms and munitions to a drug cartel in Mexico knowing that the firearms and munitions would be used to protect and further its drug trafficking operations in determining whether a sentence at the high end or above the established guidelines is appropriate.

**CONCLUSION**

The government respectfully requests this Court sentence the defendant to a term of imprisonment of one hundred and eight (108) to one hundred twenty (120) months of

imprisonment as the impact of the defendant's successfully smuggling 760 thirty-round magazines, 36 firearms including AK-47-variant pistols and AR-15 pistols will have deadly and serious consequences for years to come for the people in Mexico.

Respectfully submitted this 28th day of April, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

SERRA TSETHLIKAI
Digitally signed by SERRA TSETHLIKAI
Date: 2021.04.28 18:40:58 -07'00'

Serra M. Tsethlikai
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 28th day of April, 2021, to:

Ms. Greta Vietor, Esq.
Attorney for Francisco Dario Mora

Ms. Christy A. Ferasin
United States Probation Office